UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-80079-AHS

HOWARD COHAN,

    Plaintiff,

v.

JAEA RESTAURANT HOLDINGS, LLC,
a Florida Limited Liability Company,
d/b/a WENDYS OLD FASHIONED HAMBURGERS

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, JAEA RESTAURANT HOLDINGS, LLC, a Florida Limited Liability Company, d/b/a WENDYS OLD FASHIONED HAMBURGERS, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED April 13, 2021.

| | |
|---|---|
| **By: /s/ Gregory S. Sconzo** | **By: /s/ Joseph R. Ruiz** |
| GREGORY S. SCONZO, ESQUIRE | Joseph R. Ruiz |
| Florida Bar No.: 0105553 | Florida Bar No. 65732 |
| Sconzo Law Office, P.A. | 500 South Dixie Highway, Suite 302 |
| 3825 PGA Boulevard, Suite 207 | Coral Gables, FL 33146 |
| Palm Beach Gardens, FL 33410 | Telephone: (305) 503-2990 |
| Telephone: (561) 729-0940 | Primary E-mail: |
| Facsimile: (561) 491-9459 | Joseph.Ruiz@ZumpanoCastro.com |
| Primary Email: greg@sconzolawoffice.com | Secondary E-mail: |
| Secondary Email: alexa@sconzolawoffice.com | Nikki.Marrero@ZumpanoCastro.com |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**