UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80079-CIV-SINGHAL/MATTHEWMAN

HOWARD COHAN,

    Plaintiff,

v.

JAEA RESTAURANT HOLDINGS, LLC
d/b/a Wendy's Old Fashioned Hamburgers,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Notice of Settlement (DE [13]). The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **30 days** of the date of this Order. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of April 2021.

                                                                         RAAG SINGHAL
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF